UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK RABBI STRONG,

        Plaintiff,

vs.

P. DEMEO, et al.,

        Defendants.

No. C 09-0164 PJH (PR)

**ORDER OF DISMISSAL**

This pro se civil rights action was filed on January 13, 2009. On that same day the court notified plaintiff that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff returned the IFP application. On February 18, 2009, the clerk again sent a notice of deficiency, correctly informing him that he had not completed the Certificate of Funds in Inmate Account, page five of the application, and that the printout of transactions in his account did not cover the required six-month period. *See* 28 U.S.C. § 1915(a)(2). He again was sent a copy of the form and a return envelope. He was warned that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 26, 2009.

                            PHYLLIS J. HAMILTON
                            United States District Judge

G:\PRO-SE\PJH\CR.09\STRONG0164.DSM.wpd